IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-01597-MSK-CBS          Date: October 27, 2015
Courtroom Deputy: Amanda Montoya           FTR – Reporter Deck-Courtroom A402

*Parties:*                                  *Counsel:*

EQUAL EMPLOYMENT OPPORTUNITY                Iris Halpern
COMMISSION,                                 Michael Imdieke
                                            Sean Ratliff

Plaintiff,

v.

COLUMBINE MANAGEMENT SERVICES,              Barbara Grandjean
INC, *et al.,*                              Mary Stuart

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 02:36 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding *[19] Notice of Filing of Amended Complaint.* This notice was not filed timely. Defendants are not opposing the filing of the Amended Complaint.

**ORDERED:**   *[12] Defendants' Motion to Dismiss* is **DENIED AS MOOT** pursuant to the filing of the amended complaint [19].

Discussion regarding discovery and proposed deadlines. Counsel believes this will be an expert intensive case.

**ORDERED:**   *[15] Defendants' Motion to Stay Discovery Pending Ruling on Motion to Dismiss* is **DENIED.**

All written discovery must be completed by **December 31, 2015.** The court is not precluding, upon a showing of good cause, that written discovery can be re-opened.

>Each side may serve **25** interrogatories, including discreet subparts, **25** requests for production, and **25** requests for admission.
>
>A Telephone Status Conference is set for **January 14, 2016 at 8:00 a.m.** to discuss written discovery, any disputes regarding written discovery, the status of the partial motion to dismiss, and to set additional discovery dates. Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

Further discussion regarding issues with initial disclosures.

**ORDERED:** Oral argument for *[20] Defendants' Partial Motion to Dismiss Amended Complaint* is set for **December 11, 2015 at 1:30 p.m.** If parties decide that oral argument is not needed, they shall contact Magistrate Judge Shaffer's chambers by December 8, 2015.

To the extent a protective order is needed, it shall be in place before discovery responses are due. The court would like an e-discovery protocol in place or any disputes regarding e-discovery brought to the court before production is due.

Hearing concluded.

**Court in recess: 03:34 p.m.**
Total time in court:    00:58

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.