IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01597-MSK-CBS | Date:  March 24, 2016 |
| Courtroom Deputy: Molly Davenport | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                           *Counsel:*

EQUAL EMPLOYMENT OPPORTUNITY                Iris Halpern
COMMISSION,                                                  William Hobson

Plaintiff,

v.

COLUMBINE MANAGEMENT SERVICES,         Barbara Grandjean
                                                                              Mary Stuart
INC., *et al.,*

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 02:30 p.m.**
Court calls case.  Appearances of counsel.  William Hobson appeared by telephone.

Discussion was held regarding discovery issues regarding tax returns, job applications, job descriptions and subpoenas issued regarding medical records.

**ORDERED:**     The [38] Motion to Compel Productions of Tax Returns by Defendants and the Court is DISMISSED AS MOOT.

The Court endorses the plaintiff's offer to produce the first pages of the tax returns discussed and the schedules related to income as discussed on the record.  The Plaintiff will produce the documents on or before Tuesday, March 29, 2016 at 5:00 p.m.

HEARING CONCLUDED.

**Court in recess: 05:10 p.m.**
Total time in court: 02:40

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.